BUTLER COUNTY COURT, AREA III
9577 Beckett Rd - Suite 300
West Chester, Ohio 45069
(513) 867-5070

Butler County
Area III Court

APR 24 2023

FILED

Plaintiff(s)
Machado, Arthur

VS

Defendant
Mortgage Servicing Navy Federal Credit

P.O. Box 3302
Merrifield, Va 22119
Defendant(s)

: Case: CVI 2300390
:
:
:
: SUMMONS
: SMALL CLAIMS
:
: C. Caparella-Kraemer
: Judge
:

* * * * * * * * * *

To the above named Defendant(s):

Please take notice that a Claim has been filed against you by the above named Plaintiff(s) in the Area III Butler County Court and you are hereby summoned to appear in court to answer same.

Wherefore Plaintiff(s) prays judgment against Defendant in the sum of $ 6000.00 , plus interest and costs.
See attached copy of claim.

The Court will hold trial on this claim in the Small Claims Division of the above named Court at the address shown above on 06/14/2023 at 09:00 AM .

If you do not appear at the hearing/trial, judgment may be entered against you by default, and your earnings may be subject to garnishment or your property may be attached to satisfy said judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must produce them at that time. Subpoenas for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you may make such request at the hearing/trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven days prior to the date of the trial of the plaintiff's claim.

Debbie Bolser
Clerk of Court

Date: Apr 24, 2023

Stamperj
Clerk/Deputy Clerk

Butler County Area III Court

APR 24 2023

FILED

## SMALL CLAIM INFORMATION SHEET

Case No. CVI 2300390

Plaintiff

Arthur Machado
5995 GlennShire Ct.
West Chester, Ohio. 45069

Telephone Number 513-687-2575

Defendant

Mortgage Servicing
Navy Federal Credit Union
P.O. Box 3302
Merrifield, VA. 22119-3302

Telephone Number 703-255-8000

Is **DEFENDANT** presently in the military or naval service of the United States? _____

Complaint: _____

The defendant Navy Federal Credit Union (NFCU) is not in the military service because it is a credit union and does business and has offices in the state of Ohio.

In October 2022 I moved from 811 Delta Ave., Apt. 15, Cincinnati, OH 45226 to my current address of 5995 GlenShire Court, West Chester, OH 45069. Despite repeated requests to my part over the last five months (4 times by phone, once by returning a letter to NFCU with the proper address written on the outside, and once by a separate letter) they did not update my address. As a result I was not informed when my home equity line, which was on automatic payment from my bank (Chase) became in arrears.

I did not learn that my home equity line was in arrears until NFCU dinged my credit report stating that my line was +30. Immediately upon receiving notice of this problem from a credit bureau I paid NFCU the amount past due.

NFCU was negligent in that they dinged my credit report as +30 before the debt actually became +30 And they were negligent in refusing to update my new address resulting in my inability to learn of and correct the delinquency before it reached a reportable condition.

Also NFCU did not notify me in writing of its intention to ding my credit at an address I could reasonably be expected to receive the notice in a timely manner as a result NFCU failed to comply with the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et seq.

Furthermore, NFCU reporting of my account +30 before it actually became +30 and refusal to remove this credit ding from my report is a violation of theFair Credit Reporting Act 15 U.S.C. § 1681 et seq.

Finally, all of these acts in combination are a violation of the Ohio Consumer Sales Practices Act Ohio Rev. Code § 1345.01 et seq.

These actions lowered my credit rating by in one case over 60 points and despite the two requests of NFCU to correct these errors they have refused (Exhibit A). These actions by NFCU are interfering with my attempt to refinance my home and I request damages of $6,000 which include the statutory damages set out in the three statutes as well as common law damages.

AMOUNT CLAIMED: $ 6,000.00

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Arthur Machado being first duly sworn, on oath state that I am the Plaintiff and/or agent for, and authorized by Plaintiff in the above entitled cause; that the said cause is for the payment of money that the nature of plaintiff's demand is as stated, and that there is due to the plaintiff from the defendant the amount stated above defendant(s) is/are not in the military or naval service of the United States.

Subscribed and sworn to before me this 24th day of April, 2023

_____
Deputy Clerk/Notary

10:44 AM Mon Apr 24

< Inbox                2 Messages                🗑 📁 ✏️

*Exhibit A* (handwritten)

**Navy Federal Credit Union**
To: Arthur Machado >                              Wednesday

## Your Recent Credit Report Claim

[redacted bar]

Navy Federal Security Zone:
Email for ARTHUR | Access 00000000531178

## Your Recent Credit Report Claim

We investigated your claim. The account information provided to the credit reporting agencies is accurate and the debt is a valid debt owed to Navy Federal. If you wish to pursue this matter further, you can submit your dispute directly to the credit reporting agencies.

Navy Federal must follow federal guidelines in reporting accurate and complete information to the credit reporting agencies. If the information being reported is accurate, it cannot be changed or removed.

If you think you're a victim of identity theft or if you have any questions, please <u>contact us</u>.

**Our Members Are the Mission®**

Contact Us | Security | Mobile Banking | Privacy Policy

Please do not reply to this email. This email is being sent from: Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000.

© 2020 Navy Federal Credit Union. All rights reserved. NFCU DNS 39042 (8-20)

**Federally insured by NCUA.**

*Message and data rates may apply. Terms and Conditions are available.

BUTLER COUNTY AREA III COURT
9577 BECKETT ROAD
WEST CHESTER OH 45069-5050



CINCINNATI OH 450

25 APR 2023 PM 2 L



US POSTAGE PITNEY BOWES

ZIP 45011 $ 008.10
02 4W
0000374863 APR 28 2023

9214 7794 1070 4790 0529 81

MORTGAGE SERVICING
NAVY FEDERAL CREDIT UNION
P.O. BOX 3302
MERRIFIELD, VA 22119

22119-330202